**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

vs.                         CASE NO. 4:10-CR-85-SPM/WCS-1

**BYRON WHITAKER,**

    **Defendant.**
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pursuant to the Report and Recommendation (doc. 20) of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, **BYRON WHITAKER**, to Counts One and Two of the Indictment is hereby **ACCEPTED.** All parties shall appear before this Court for sentencing as directed.

**DONE AND ORDERED** this <u>twelfth</u> day of January, 2011.

                                     *s/ Stephan P. Mickle*
                                      Stephan P. Mickle
                                      Chief United States District Judge